# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERTO ORTIZ-GOMEZ<br>*Defendant(s)* | )<br>)<br>) Case No. 8:25MJ49<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 29, 2025,** in the county of **Washington** in the
_____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) & (b)(2) | Reentry of a Removed Alien following an aggravated felony conviction |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Carl L Wisehart, DO, ICE
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to before me by telephone or other reliable electronic means.

Date: 1/30/2025

_____
*Judge's signature*

City and state: Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

vs.

8:25MJ49

ROBERTO ORTIZ-GOMEZ,

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
FOR THE ARREST OF ROBERTO ORTIZ-GOMEZ**

I, Carl L Wisehart, being first duly sworn, hereby states that:

**INTRODUCTION AND AGENT BACKGROUND**

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over eighteen (18) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2011. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest, with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

## PROBABLE CAUSE

4. In his official capacity, your Affiant had the opportunity to make inquiries related to Ortiz-Gomez, Roberto (AKA Ambriz Gomez, Jesus Eduardo) (hereinafter "defendant"), who came to the attention of ICE officers on January 7, 2025, after an Alien Criminal Response Information Management System (ACRIMe) lead following his 2024 criminal charge of Driving Under Suspension (DUS). Records checks showed defendant was previously removed from the U.S. on two (2) prior occasions with an additional prior criminal conviction, including Possession of a Controlled Substance with Intent to Distribute (Meth), for which he was sentenced to eight (8) years in prison.

5. Your Affiant conducted inquiries including a thorough search of DHS and Federal Bureau of Investigation (FBI) records. The results of the inquiries allowed your Affiant to locate and review the official alien registration file (A076 816 907), criminal history records (FBI # 476325MB4), and court reports documenting defendant's state convictions and prior removal from the United States. The alien registration file and corresponding searches of DHS indices confirmed that the defendant is an alien who has been removed from the United States on two (2) prior occasions.

6. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico who was removed from the United States to Mexico on January 11, 2000, and on December 13, 2003, pursuant to a Final Expedited Removal Order issued on January 11, 2000, in Columbus, NM.

7. A search of DHS indices failed to produce any current record of an application for lawful reentry or lawful admission into the United States.

8. Defendant was convicted on March 3, 2003, of Possession of Controlled Substance

with Intent to Distribute in the District Court in and for Tulsa County, Oklahoma, and was sentenced to 8 years' incarceration. (Case number CF-2002-3960).

9. Your Affiant believes there is probable cause that defendant is in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2) as an alien convicted for a commission of an aggravated felony who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Your Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Carl L Wisehart, Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means this 30th day January, 2025.

_____
RYAN C. CARSON
U.S. Magistrate Judge