IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO ORTIZ-GOMEZ,<br>a/k/a Jesus Ambriz-Gomez,<br><br>Defendant. | 8:25CR33<br><br>INFORMATION<br>8 U.S.C. § 1326(a) & (b)(2) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 JUN 27 AM II: 16
OFFICE OF THE CLERK

The United States Attorney charges:

## COUNT I

On or about January 29, 2025, in the District of Nebraska, the defendant, ROBERTO ORTIZ-GOMEZ, a/k/a Jesus Ambriz-Gomez, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to defendant=s reapplication for admission into the United States. It is further alleged that defendant ROBERTO ORTIZ-GOMEZ was excluded, deported, and removed from the United States subsequent to March 3, 2003.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2).

UNITED STATES OF AMERICA

LESLEY A. WOODS
United States Attorney

By:   MARTIN J. CONBOY, IV
      Assistant U.S. Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
MARTIN J. CONBOY, IV
Assistant U.S. Attorney